IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| REGINAL WEAVER, #710482 | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-05-506 |
| | § | |
| DOUG DRETKE, ET AL. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, the above-styled cause is **DISMISSED.**

This is a **FINAL JUDGMENT**.

DONE this 6th day of June, 2006.

_____
Samuel B. Kent
United States District Judge